Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−80633

IN THE MATTER OF:
Mark Allen Wasmuth     xxx−xx−0356
Meridith Phillippi Wasmuth     xxx−xx−6284
65 David Miller Ct
Chapel Hill, NC 27517

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 6/14/11 at 10:00 AM

to consider and act upon the following:

Motion to Dismiss Case For Failure to Appear at 341 Meeting and for a 2 year bar from refiling Filed by Bankruptcy Administrator Michael D. West.

Dated: 5/25/11      OFFICE OF THE CLERK/ cph

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.